*Vsc*

WM/RM/CM: 2025R00668

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
3:06 pm, Mar 25 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ M.G. _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. 8:26-mj-00022-GLS |
| | * |
| JONATHAN RODOLFO ROQUE | * <u>Under Seal</u> |
| MARTIR, | * |
| a/k/a "INCREDULO," | * |
| a/k/a "INSOPORTABLE," | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR AN ARREST WARRANT

I, Jason Whitaker, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of an application for an arrest warrant pursuant to Rule 4 of the Federal Rules of Criminal Procedure, charging **Jonathan Rodolfo ROQUE MARTIR** with Kidnapping in violation of 18 U.S.C. § 1201(a).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 2005. I am currently assigned to a squad operating out of the FBI Washington Field Office's Criminal Investigative Division that investigates gang-related, drug-related, and violent crimes.

3. As an FBI Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

4. I have specialized training and experience in the areas of narcotics-related criminal activity, gang-related criminal activity, interview and interrogation techniques, evidence recovery,

source recruitment, arrest procedures, search and seizure, and cellular phone analysis. Since joining my current unit in November 2021, I have investigated violent gang-related activity and firearm and drug trafficking, arrested those who have engaged in such unlawful activity, and seized controlled substances, as well as property and assets derived from or used in committing such offenses. As part of these investigations, I have participated in: (a) witness interviews with former and current gang members, victims, and associates of gangs; (b) the review of evidence seized pursuant to searches and arrests of gang members; (c) the review of reports and information from other members of law enforcement investigating gangs; and (d) communications with gang experts and members of federal and state law enforcement across the country. The training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support the execution of search warrants.

5. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which may be subject to further revision, and investigation reports. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause. However, I have not omitted any fact that I believe would defeat a determination of probable cause.

## BACKGROUND, TRAINING AND EXPERIENCE IN MS-13 INVESTIGATIONS

6. The gang-related activity I have investigated includes crimes committed in the Washington D.C. metropolitan area, including Maryland and Northern Virginia (hereafter "DMV") by members of *La Mara Salvatrucha*, also known as MS-13.

2

7.      Based on my training and experience, I am aware that MS-13 is an "enterprise" as defined by 18 U.S.C. §§ 1959(b)(2) and 1961(4). MS-13 is a transnational gang based in El Salvador. In the United States, its ranks are composed primarily of immigrants or descendants of immigrants from El Salvador, although many members have roots in other countries, such as Honduras and Guatemala. MS-13 originated in Los Angeles, California in the 1980s, where MS-13 members engaged in turf wars for the control of drug distribution locations. Originally formed as the "Mara Stoners," the original members were primarily first and second-generation immigrants from El Salvador. The organization added the "13" as a tribute to the Mexican Mafia, known as "La Eme" (the "13" signifies the 13th letter of the alphabet, M). After its inception in California, many members were deported back to El Salvador and other countries in Latin America and then re-emigrated to the U.S. Thereafter, MS-13 grew in its size and reach, and is now a national and international criminal organization conducting gang activities in nearly all of the United States, including the DMV, and in Central American countries such as Mexico, Guatemala, Honduras, and El Salvador. MS-13 has subsets known as "cliques." Cliques operate under the umbrella rules of MS-13 and, at times, work together to engage in criminal activity and to assist one another in avoiding detection by law enforcement. Cliques that are active in the DMV include the Vegas Locos Salvatrucha clique ("Vegas") and the Hollywood Locos Salvatrucha clique ("Hollywood").

8.      MS-13 members and associates engage in interstate commerce in ways including traveling across state lines to commit crimes, to attend gang meetings, and by establishing and engaging in electronic communications with MS-13 members in other states and countries to coordinate those activities.

9.    MS-13 cliques are hierarchical. One of the leadership positions in any clique is the "first word," or the leader of the clique. The first word can order a "green light," which is an order to kill someone, and can give orders to other members of the clique. The "second word" is the member who is second in command within the clique. A *"paro"* is a probationary gang member who is being taught about the gang in preparation for fully joining the gang in the future. Other ranks include *"observacion"* (being observed for advancement), and *"chequeo"* (one level below the rank of *"homeboy")*. A *"homeboy"* is a full-fledged member of the gang. Additionally, some cliques are known to use the terms *"ayudante"* in place of *paro* and *observacion* and *"futuro"* in place of *chequeo. Ayudantes* must start to put in work for the clique and are given tasks such as collecting extortion (rent), selling narcotics, and providing transportation to gang members. As members become more trusted, they have to commit acts of violence to become a *futuro* (future). As a *futuro,* the individual typically proves allegiance by participating in a homicide. Once an individual obtains the rank of *futuro,* they then get jumped in (i.e. an official ceremony where the member gets beaten by other homeboys for 13 seconds) to the rank of *homeboy.* Throughout the course of a member's time in MS-13, they are required to follow the rules of the gang and punishments are ordered if rules are broken.

10.    Members of MS-13 are expected to protect the name, reputation, and status of the gang from rival gang members and other persons.[1] MS-13 members are expected to use any means necessary to force respect from rivals or others who may represent a threat, including using acts of intimidation and violence. Members of MS-13 engage in criminal activity, including murders, attempted murders, narcotics distribution, robberies, extortions, and obstructing justice, in the form of threatening and intimidating witnesses. Such crimes, and others committed by MS-13 and its

---

[1] "Member" is used broadly in this affidavit and includes all ranks within MS-13.

members, constitute racketeering activity as defined in 18 U.S.C. § 1961(1). Furthermore, MS-13 and its members have engaged in a pattern of racketeering activity throughout the United States, as well as in the District of Maryland, as defined in 18 U.S.C. § 1961(5).

11.     MS-13 members are required to commit acts of violence to maintain membership and discipline within the gang, including violence against rival gang members or those they perceive to be rival gang members, as well as MS-13 members and associates who violate the gang's rules. Participating in violent crimes increases the level of respect for that member. Weapons used by MS-13 members to commit such crimes include firearms, knives, machetes, and baseball bats. Participating in violent crimes also results in the member maintaining or increasing his position within the gang. Once they join the gang, recruits are indoctrinated with MS-13 rules, which are enforced through threats of force and physical intimidation. One of the core rules of MS-13 is that its members shall not cooperate with law enforcement. Violation of this rule can result in a green light or order to kill for the violating member. A green light can also be issued for other serious rule infractions. A green light issued by the first word of the clique against a clique member can be carried out by the clique of the offender, but other cliques may assist in imposing the green light.

12.     MS-13 has many symbols and signs that its members and associates use in conjunction with the gang, often to identify themselves as MS-13 to other MS-13 members/associates, non-MS-13 gang members, and non-gang-member citizens. Symbols of the gang include the colors blue and white, the devil/devil horns, the Chicago Bulls logo, the letters M and S, the number 13, things with the initials "MM" (refer to the aforementioned Mexican Mafia tribute) such as Marilyn Monroe and Mickey Mouse, Nike Cortez and Adidas Superstar shoes, rosaries, and images affiliated with death such as skulls and the grim reaper. Hand signs include

5

"la garra," or "the claw," which resembles both an M and devil horns, and forming an S with the other hand.

## PROBABLE CAUSE

13.     On January 21, 2024, Victim-1, age 18, was reported missing by his stepmother (identified for the purposes of this affidavit as "JSM") and father (identified for the purposes of this affidavit as "JF"). Missing person flyers were posted around the areas where Victim-1 was known to frequent, which included the Cider Mill Apartments in Gaithersburg, Maryland, and surrounding businesses. The Cider Mill Apartments are located on Lost Knife Road in Gaithersburg. Victim-1 had been homeless since around December 26, 2023, and was a fentanyl and marijuana user. As a result of the missing person flyers, the family and girlfriend of Victim-1 began to receive calls and messages that suggested that Victim-1 had been killed by gang members around the Cider Mill Apartments.

14.     On January 26, 2024, a detective from the Gaithersburg City Police Department (GPD) interviewed JSM and JF at the GPD police station. JSM stated that the last known communication with Victim-1 was on January 15, 2024, at 2:57 p.m., when Victim-1 messaged Victim-1's girlfriend (identified for the purposes of this affidavit as "GF"). This message was sent utilizing Victim-1's Instagram account, stating, "amor boy a die." This message was understood by his GF to mean "I'm about to die."

15.     JSM stated Victim-1 typically maintained communication with family and friends via social media, because he had an Apple iPhone that he could only use to communicate when it was connected to Wi-Fi. JSM stated that no one in her family had heard from Victim-1 since January 15, 2024, when his uncle reported having a missed Facebook call from him on that day at 2:28 p.m. JSM believed Victim-1 may be in a gang and expressed concern that his gang affiliation

6

may have led to his disappearance.

16.    On January 30, 2024, the GPD detective obtained a search warrant for Victim-1's Instagram account. From information learned from this search, Victim-1 last exchanged messages with the Instagram account: https://www.instagram.com/fernandezzz._.503. In these messages, Victim-1 and "fernandezzz._.503" were planning to meet at the Wendy's in the Montgomery Village Plaza, which is a shopping center adjacent to the Cider Mill Apartments. The last messaging between Victim-1 and fernandezzz._.503 was from 2:57 p.m. to 3:09 p.m. on January 15, 2024. In this series of messages, Victim-1 asked where fernandezzz._.503 was and fernandezzz._.503 told Victim-1 to look (suggesting that fernandezz._.503 might have been close by). The last message sent by Victim-1 to fernandezzz._.503 was at 3:09 p.m. These messages were sent shortly after Victim-1 sent the message to GF at 2:57 p.m. stating that he was going to die.

17.    Law enforcement obtained surveillance video for January 15, 2024, from the Wendy's in the Montgomery Village Plaza. Victim-1 is seen on the surveillance video waiting inside the Wendy's at Montgomery Village Plaza. Victim-1 exited the Wendy's at approximately 3:09 p.m. This is the last known video image of Victim-1.

18.    Law enforcement also obtained security camera video for January 15, 2024, from both the transit station adjacent to the Montgomery Village Plaza and the Patel Brothers grocery store located inside the shopping center as the Wendy's. In the transit station video, a black Honda Civic with agricultural tags (orange/yellow in color) is seen entering the parking lot of Montgomery Village Plaza at approximately 3:07 p.m. This vehicle entered the shopping center and drove toward Wendy's. In the Patel Brothers video, a black Honda Civic, which appears to have agricultural tags, is seen driving away from the direction of Wendy's and leaving the

7

Montgomery Village Plaza at approximately 3:13 p.m.

19. On February 2, 2024, a search warrant was obtained for the Instagram account: https://www.instagram.com/fernandezzz._.503. According to Instagram, this account belonged to a person with the email address: josearlefernandez@gmail.com. A telephone number for the account was also provided. . This individual was later identified as Jose Arle Fernandez Guatemala. The conversation that was observed on Victim-1's Instagram was not visible on Fernandez Guatemala's Instagram, suggesting that it had been deleted.

20. On February 2, 2024, a GPD detective was notified of an attempted armed robbery and first-degree assault that occurred in the parking garage near Guapo's, a restaurant located at 9811 Washingtonian Boulevard in Gaithersburg, Maryland. During this incident, a group of individuals approached the victim outside of Guapo's, struck him over the head with glass bottles, physically assaulted him and attempted to take his cellular phone, wallet, and keys. One individual in the group pointed a handgun at him and struck him with the butt of the handgun, causing a laceration under his eye. One of the other suspects lifted his shirt and revealed a gun that was tucked in his waistband. Witnesses to the assault stated that the subjects yelled that they were going to kill him, and at least one witness heard the subjects say they were from MS-13.

21. Witnesses saw a black Honda Civic with Maryland registration A395256 leaving the scene with the suspects inside. Police stopped this vehicle later that evening when it pulled into the parking lot near 272 West Deer Park Road in Gaithersburg, Maryland. The occupants were then taken into custody. Two of the occupants were Fernandez Guatemala and **ROQUE MARTIR**. I have determined that this vehicle is registered to Fernandez Guatemala's father, and that the vehicle has Maryland orange/yellow agricultural tags, consistent with the Honda Civic captured on surveillance footage near the Wendy's where Victim-1 was last seen. While being interviewed

8

at the scene of the stop, Fernandez Guatemala provided his cellular telephone number. The telephone number Fernandez Guatemala provided matched the phone number provided by Instagram for the account fernandezzz._.503.

22.     Witnesses identified **ROQUE MARTIR**, Fernandez Guatemala, and Co-Conspirator 1 ("CC-1") as the occupants of the vehicle who were involved in the attempted armed robbery and first-degree assault outside of Guapo's.[2] Two other persons in the vehicle were not identified as being involved in the incident.

23.     Notably, during the assault, CC-1 wore a black T-shirt with the word "HOMEBOY" printed on the back. At the time of his arrest, **ROQUE MARTIR** was wearing a white shirt with an image appearing to be a demonic figure, which is also consistent with symbols associated with MS-13.

24.     On February 13, 2024, MCPD obtained a search and seizure warrant for the cellular location data for the phone number provided by Instagram for the account fernandezzz._.503, which was the same phone number Fernandez Guatemala provided to police after he was arrested. This number is hereafter referred to as CP-1. Analysis of those records confirmed that CP-1 was in the vicinity of the Montgomery Village Plaza on January 15, 2024, during the time that Victim-1 was trying to meet with fernandezzz._.503.

25.     On March 11, 2024, MCPD detectives interviewed Fernandez Guatemala at the Montgomery County Correctional Facility located in Clarksburg, Maryland. Fernandez Guatemala was advised of his Miranda rights, waived them and agreed to speak to the detectives. One of the detectives interpreted the interview in Spanish for Fernandez Guatemala. Fernandez Guatemala

---

[2] As detailed below, CC-1 is a MS-13 member who also participated in the kidnapping and murder of Victim-1 along with **ROQUE MARTIR**.

9

was told by a detective that they were there to speak with him in reference to the investigation into the disappearance of Victim-1. Fernandez Guatemala displayed an immediate change in demeanor to include constant leg shaking and hand fidgeting. When asked about the last time he saw Victim-1, Fernandez Guatemala replied that he had not seen him since they were in Quince Orchard High School together, which would have been during the previous school year. Fernandez Guatemala was asked if he knew if Victim-1 was in any gangs or if he was involved in using/selling drugs. Fernandez Guatemala replied that Victim-1 was often posting photos on Instagram that made him look like a gang member, and that he knew of him to use drugs. Fernandez Guatemala was asked when the last time was that he spoke with or sent messages to Victim-1, to which he again stated that it would have been the previous year. Fernandez Guatemala repeated to an interviewing detective that Fernandez Guatemala had not spoken with Victim-1 at any time in the months around January of 2024, and Fernandez Guatemala stated that it was many months before that, which is inconsistent with the Instagram records that showed communications with Victim-1 on the day Victim-1 went missing.

26. MCPD detectives confronted Fernandez Guatemala with the evidence of the Instagram message conversation showing that he and Victim-1 planned to meet on January 15, 2024, at approximately 3:00 p.m. at the Wendy's near the Cider Mill apartments. When Fernandez Guatemala heard this information, he stated that he did not remember this happening. Then after thinking for a minute, he added that he was supposed to meet Victim-1 to play soccer, but he had to work late that day and could not go. The interviewing detective explained that Victim-1 was planning on being picked up by Fernandez Guatemala and that Victim-1 was waiting for him at the Wendy's in the messages. Detectives further explained that Fernandez Guatemala told Victim-1 he was there and to look around for him outside in the messages. Fernandez Guatemala said he

did not recall this incident.

27.    The interviewing detective further stated the security camera videos showed a vehicle matching Fernandez Guatemala's vehicle's description driving through the parking lot of the shopping center during these messages and the cellular site location information for Fernandez Guatemala's cellphone indicates that his phone was also in the shopping center at around 3:00 p.m. on January 15, 2024. Fernandez Guatemala again denied remembering this incident. Once confronted with all these facts, Fernandez Guatemala stated he preferred to remain silent and refused to answer any additional questions pertaining to Victim-1's disappearance.

28.    From my training and experience with MS-13 related investigations, I know MS-13 members are required to commit acts of violence both to maintain membership and discipline within the gang. Participation in criminal activity by a member, particularly in violent acts directed at rival gangs, others who are perceived as threats or have betrayed the gang, or as directed by gang leadership increase the respect accorded to that member, resulting in that member maintaining or increasing his position in the gang, and opens the door to promotion to a leadership position.

29.    Based on my training and experience, I know that members of MS-13 often work together as a group to lure their victims out to remote areas (such as parks) to punish or to kill. In these instances, the gang will then individually and collectively stab and/or dismember the victims, thus enabling multiple individuals to earn a promotion to a higher rank at one time as a result of the murder. Group participation also discourages "snitching" to the police about the incident.

30.    As stated above, on February 13, 2024, the MCPD obtained a search and seizure warrant for the cellular location data for CP-1. An agent with the FBI Cellular Analysis Survey Team (CAST) found the following for the location data for CP-1:

a.  Between 10:16 a.m. and 11:29 a.m., on January 15, 2024, the phone traveled from the Gaithersburg area to the area of Silver Spring, Maryland, north of Langley Park;

b.  Between 2:58 p.m. and 3:14 p.m., the phone was in the area of Gaithersburg and specifically between 3:03 p.m. and 3:13 p.m., the phone was in the vicinity of the Montgomery Village Plaza;

c.  Between 5:31 p.m. and 5:56 p.m., the phone was in Baltimore, Maryland, and between 5:40 p.m. and 5:56 p.m., the phone was in the vicinity of Herring Run Park in Baltimore, Maryland;

d.  Between 7:23 p.m. and 7: 27 p.m., the phone is still in the vicinity of Herring Run Park;

e.  From 7:51 p.m. to 10:00 p.m., the phone traveled south from the Baltimore area to the area of Oxon Hill, Maryland;

f.  From 10:59 p.m. to 11:50 p.m., the phone is in the area of Fort Washington, Maryland in the vicinity of the Piscataway Stream Valley Park; and

g.  On January 16, 2024, at approximately 12:43 a.m., the phone is in the area of Oxon Hill, Maryland.

31.     On January 15, 2024, at 5:37 p.m., the license plate number for the black Honda Civic with Maryland registration A395256 was captured by a license plate reader (northbound camera) near the intersection of Harford Road and E. 25th Street in Baltimore, heading toward Herring Run Park.

32.     On January 15, 2024, at 7:29 p.m., the license plate number for the black Honda Civic with Maryland registration A395256 was captured by a license plate reader (southbound camera) near the intersection of Harford Road and E. 25th Street in Baltimore, heading away from Herring Run Park.

33.     On May 16, 2024, MCPD detectives interviewed a person identified for the purposes of this affidavit as Witness-1, who acknowledged being friends with Victim-1 and Fernandez Guatemala, whom he/she also referred to as "Cacho." Witness-1 said Victim-1 and

12

Fernandez Guatemala had been friends since middle school. Witness-1 identified his/her Instagram account, and Witness-1 identified Fernandez Guatemala's Instagram account as fernandezzz._.503. Witness-1 identified Fernandez Guatemala's phone number as CP-1 and stated Fernandez Guatemala drives a black Honda.

34.     In February 2025, I participated in a non-custodial interview of a person identified for the purposes of this affidavit as Witness-2. During the interview, Witness-2 admitted to being present and participating in Victim-1's murder, and provided details leading up to the murder and the identities of those involved.

35.     Witness-2 admitted being a member of an MS-13 clique and living in Gaithersburg, Maryland, in and around the time when Victim-1 was kidnapped and murdered. . Witness-2 was familiar with the Vegas clique of MS-13, whose members frequented Gaithersburg public parks. Witness-2 met Vegas members through a Hollywood clique homeboy named "Incredulo," who also went by the moniker "Insoportable." Witness-2 identified a photo of **ROQUE MARTIR** as Incredulo, aka Insoportable. Witness-2 identified CC-1 and Fernandez Guatemala by photo, and by using their gang names or monikers. Witness-2 identified a photo of Fernandez Guatemala as "Brujo," and described him as a Vegas ayudante who had a black Honda. Witness-2 stated that **ROQUE MARTIR,** CC-1, and Fernandez Guatemala had been involved in a robbery, and the other two individuals with them were released. I believe that Witness-2's statement about the robbery refers to the arrest on February 2, 2024, described above. Witness-2 identified the other two occupants of the car from the February 2, 2024, arrest as Vegas clique members.

36.     Witness-2 described the events leading up to Victim-1's disappearance and death. Witness-2 said that **ROQUE MARTIR** invited Witness-2 to smoke and told Witness-2 that Fernandez Guatemala would pick Witness-2 up at a gas station. Witness-2 recalled Fernandez

Guatemala had CC-1 with him in his car when they picked up Witness-2 and then when they picked up **ROQUE MARTIR** in an area near Langley Park, Maryland. They returned to Gaithersburg and later, as they drove down a Gaithersburg street between a Wendy's and Little Caesars, saw Victim-1. Witness-2 heard CC-1 then remark there was that "bicho culero," referring to Victim-1.[3] CC-1 commented that a senior MS-13 clique member told him that whenever he wanted to do something to Victim-1, he could do it. Witness-2 identified the senior MS-13 clique member who had given the authorization by a photograph that was shown to Witness-2, and by the senior clique member's gang moniker. The senior clique member is referred to in this affidavit as CC-2. Witness-2 overheard **ROQUE MARTIR** ask CC-1 who Victim-1 was. CC-1 answered that Victim-1 was someone who was part of the gang but turned his back on them and betrayed the gang. Witness-2 stated that they followed Victim-1 to the Wendy's in the black Honda, and they sat in the car and watched him for approximately 15 minutes. The group then left and picked up two other Vegas members (whom Witness-2 identified) in Montgomery Village, Maryland before returning to the Wendy's in the Montgomery Village Plaza.

37.    Witness-2 said that Fernandez Guatemala called Victim-1, who subsequently entered the vehicle, and the group drove to Baltimore. In Baltimore, the others exited Fernandez Guatemala's car and walked behind a house or park while Witness-2 and Victim-1 remained in the car. Witness-2 overheard someone say they were not able to do it there so they should go to the "O," which Witness-2 understood to be a reference to Oxon Hill, Maryland. Witness-2 recalled they then left Baltimore, with Witness-2, CC-1, **ROQUE MARTIR**, Victim-1 and another Vegas clique member in the car. Witness-2 stated Fernandez Guatemala followed in a separate vehicle

---

[3] The phrase "bicho culero" is a derogatory term and can be interpreted to mean someone who is a coward.

14

with other MS-13 members. After they arrived in Oxon Hill, they met the car Fernandez Guatemala was in, before proceeding together to an area Witness-2 described as having a bridge. A third vehicle was present at that location, which is where the vehicles stopped. CC-1 and **ROQUE MARTIR** exited Fernandez Guatemala's car first and went into the woods. Witness-2 remained in the car with Victim-1, and Fernandez Guatemala joined them. CC-1 and **ROQUE MARTIR** returned to get Victim-1, telling him not to be afraid as they were just going to a bonfire.

38.    Witness-2 stated he/she exited the vehicle and went into the woods. Witness-2 heard Victim-1 scream, "no, no" and saw a man wearing a mask and a yellow jacket use a "pita" (i.e. rope of fiber) to strangle Victim-1. Victim-1 was then dragged further into the woods where Witness-2 saw CC-2 holding a machete. Victim-1 was subsequently thrown into a shallow grave that had been dug, and each gang member present, including Witness-2, struck Victim-1 twice with the machete. Following that, Victim-1's body was covered with dirt and snow. Witness-2 believed that there were approximately twelve people present, all of whom participated in the homicide. Witness-2 left the area in Fernandez Guatemala's car with Fernandez Guatemala, **ROQUE MARTIR**, CC-1, and two other Vegas clique members. They stopped at a nearby casino parking lot and smoked marijuana. Upon returning to Gaithersburg, they dropped off the other two Vegas members, and then Witness-2, Fernandez Guatemala, **ROQUE MARTIR**, and CC-1 slept in the car in the parking lot adjoining the building where Fernandez Guatemala lived. Witness-2 also provided details on how various individuals disposed of their clothing that was stained with Victim-1's blood to conceal their participation in the murder.

39.    On March 5, 2025, Witness-2 provided information regarding the location of where Victim-1 was killed and buried in the area of Piscataway Stream Valley Park in the area of Fort Washington, Maryland. This location is consistent with where cellular location data shows CP-1

on the night of January 15, 2024, through the morning of January 16, 2024. While describing the murder, Witness-2 recalled **ROQUE MARTIR** took an extra swing to Victim-1's head with the machete once Victim-1 was placed in the hole. Witness-2 also recalled that **ROQUE MARTIR** called CC-2 to confirm the green light on Victim-1 when CC-1 first saw Victim-1 in Gaithersburg on the day of the murder. Witness-2 explained that the original plan was to kill Victim-1 in Baltimore, but when they got to Baltimore, they canvassed the area where they intended to kill him and realized there may be cameras on the road.

40.    Witness-2 has been charged with a federal crime for his role in the kidnapping and murder of Victim-1 and has been ordered detained pending trial.

41.    On July 23, 2025, suspected remains of Victim-1 were found buried in the vicinity of the location identified by Witness-2. The clothing on the remains was consistent with what Victim-1 was wearing on the day of Victim-1's disappearance, which was confirmed by the security footage described in this affidavit. In addition, DNA samples taken were matched with DNA taken from Victim-1's father, confirming Victim-1's identity. An autopsy conducted by the Office of Chief Medical Examiner of Maryland, further confirmed that Victim-1's cause of death was multiple injuries and asphyxia, and the manner of death is homicide. Forensic anthropological examination identified evidence of blunt and sharp force trauma to the head and a cloth belt with a metallic buckle tied in a knot found below Victim-1's skull.

42.    On August 6, 2025, the FBI obtained a search warrant for five cell phones seized by GPD from the black Honda Civic with Maryland registration A395256 used by the suspects during the February 2, 2024, assault in Gaithersburg described above. One of the five phones is a black Samsung (MCPD Barcode #06335016) that was located in the rear passenger door. Upon review of the search warrant results, the following items of interest were observed:

16

a. Snapchat username "insoportabl3574" and Instagram username "insop.ortable13" associated with the phone;

b. two images accessed on January 16, 2024, at 00:00am UTC, which when converted to Eastern Time is January 15, 2024, at 7pm, listing the address "2421 Chesterfield Ave," which is in close proximity to Herring Run Park, and a Google Maps image showing a route to Chesterfield Avenue;

c. Google Maps image of "Oxon Hill, Maryland" accessed on January 16, 2024, at 00:33am UTC, which when converted to Eastern Time is January 15, 2024, at 7:33pm;

d. An image accessed on January 31, 2024, at 00:23am UTC of a post by a social media account featuring pictures of Victim-1 stating Victim-1 was missing;

e. An image of Fernandez Guatemala's Instagram account @fernandezzz._.503;

f. Images of MS-13 related drawings, tattoos and graffiti including images depicting the word Hollywood; and

g. Images of individuals throwing hand signs I recognize to be for MS-13 including the below images of **ROQUE MARTIR** throwing MS-13 hand signs.

 

43.    Additionally, law enforcement searched a silver Samsung Galaxy 8 (MCPD Barcode #06335014) located in the center console and attributed to CC-1 and found a video of **ROQUE MARTIR** being picked up with a creation date/time stamp of January 15, 2024, at 11:19 a.m. ET. The latitude and longitude associated with the video is 39.0082, -76.9842, which aligns

17

with the address 701 Beacon Road, Silver Spring, Maryland, according to Google Maps. Notably, 701 Beacon Rd, Silver Spring, Maryland, is a destination address that was queried and found within the Google Maps Directions data located on **ROQUE MARTIR**'s phone. I believe this to be the location **ROQUE MARTIR** was picked up on January 15, 2024, prior to Victim-1's death, which correlates to the cellular location data for CP-1 described in paragraph 30a above and Witness-2's statement above about **ROQUE MARTIR** being picked up in an area near Langley Park, Maryland. Frames from the video are below.



## CONCLUSION

44.     Based upon the foregoing, I respectfully submit there is probable cause to believe that **ROQUE MARTIR** did, along with others, unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Victim-1, and held Victim-1 for ransom, and reward, and otherwise for any reason that was of benefit to **ROQUE MARTIR** and co-conspirators—including but not limited

18

to enforcing a green light against Victim-1 and gaining entrance to, or maintaining, or increasing position in MS-13—when **ROQUE MARTIR** and others used a means, facility, and instrumentality of interstate commerce—that is, a cell phone, the internet, and a motor vehicle—in committing and in furtherance of the commission of the offense, in violation of 18 U.S.C. § 1201(a).

*Jason Whitaker*
Special Agent Jason Whitaker
Federal Bureau of Investigation

Sworn and subscribed to me in accordance with Fed. R. Crim. P. 4.1 by telephone on this

___25th___ day of March, 2026.

Honorable Gina L. Simms
United States Magistrate Judge

19