USDC- GREENBELT
'26 APR 9 PM 4:49

VSc
WM/RM/CM: 2025R00668

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 26-Cr-000126-LKG |
| | * | |
| JONATHAN RODOLFO ROQUE | * | Kidnapping with Death |
| MARTIR, | * | Resulting, 18 U.S.C. 1201(a)(1); |
| a/k/a "Incredulo," | * | Forfeiture, 18 U.S.C. § 981(a)(1)(C), |
| a/k/a "Insoportable," | * | 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |
| Defendant. | * | |
| | * | |

******

## INDICTMENT

### COUNT ONE
### (Kidnapping with Death Resulting)

The Grand Jury for the District of Maryland charges that on or about January 15, 2024, in

the District of Maryland, the defendant,

### JONATHAN RODALFO ROQUE MARTIR,
### a/k/a "Incredulo,"
### a/k/a "Insoportable,"

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Victim-1, and held

Victim-1 for ransom, and reward, and otherwise—including but not limited to enforcing a green

light against Victim-1 and gaining entrance to, or maintaining, or increasing position in MS-13—

when **ROQUE MARTIR** and accomplices used a means, facility, and instrumentality of interstate

commerce—that is, a cell phone, the internet, and an automobile—in committing and in

furtherance of the commission of the offense, which conduct resulted in the death of Victim-1.

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

### Kidnapping Forfeiture

1.     Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**JONATHAN RODOLFO ROQUE MARTIR,**
**a/k/a "Incredulo,"**
**a/k/a "Insoportable,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

### Substitute Assets

2.     If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided

    without difficulty,

the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes / WBM
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 4/9/26